Date: 08/11/11 Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-30717 - MITCHELL, STEVEN KIM

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City of Woodbury<br>8301 Valley Creek Road<br>Saint Paul, MN 55125 | 000001 | 7.66 | 0.48 |
| ---------- Remittance Total ------------- | | 7.66 | 0.48 |

MICHAEL J. IANNACONE, Trustee



COURT1 Printed: 08/11/11 12:09 PM   Ver: 16.02b